QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredlorig@quinnemanuel.com
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Complete
Entertainment Resources LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Complete Entertainment Resources LLC d/b/a Songkick, <br><br> Plaintiff, <br><br> vs. <br><br> Live Nation Entertainment, Inc.; Ticketmaster LLC, <br><br> Defendants. | CASE NO. 15-cv-9814 DSF (AGRx) <br><br> **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> Complaint Filed: December 22, 2015 <br><br> Assigned to The Hon. Dale S. Fischer <br><br> Date:  April 18, 2016 <br> Time:  1:30 P.M. <br> Place:  Room 840, 4th Floor <br><br> Discovery Cut-Off: Not Set <br> Motion Cut-Off: Not Set <br> Pre-Trial Conference: Not Set <br> Trial Date: Not Set |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 18, 2016 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Dale S. Fischer, in Courtroom 840 of the United States District Court of the Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California 90017, Plaintiff Complete Entertainment Resources LLC ("Songkick") will, and hereby does, move the Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction enjoining Defendants Live Nation Entertainment, Inc. and Ticketmaster, LLC (collectively, "Defendants") against interfering with Songkick's and artists' ability to conduct artist presales by requiring Songkick or artists to pay service fees to Defendants in order for artists to receive ticket allocations for artist presales.

This Motion is made on the grounds that: (i) Songkick is likely to prevail on the merits of, *inter alia*, its Sherman Act Section 2 claims, (ii) Defendants' ongoing interference is causing and, absent an injunction, will continue to cause Songkick immediate and irreparable harm, (iii) the harm to Songkick from denial of the requested injunction would outweigh the harm to Defendants' legitimate interests from granting an injunction, and (iv) such an injunction is in the public interest.

This Motion is based on this Notice of Motion and Motion, the concurrently-filed supporting Memorandum of Points and Authorities, the Declarations of Glenn Ray and Josh Baron, the Court's file in this matter, and any other evidence and argument that may be presented at or before the hearing on the Motion.

//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | DATED: March 21, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | By  */s/ Frederick A. Lorig* |
| 7 | | Frederick A. Lorig<br>Kevin Y. Teruya |
| 8 | | Adam B. Wolfson |
| 9 | | Attorneys for Plaintiff Complete Entertainment Resources LLC |

-2-
NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION