UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>　　　　　Defendants. | CASE NO. 15-cv-9814 DSF (AGRx)<br><br>[~~PROPOSED~~] ORDER GRANTING SONGKICK'S APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF ITS REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION<br><br>Complaint Filed: December 22, 2015<br><br>Judge:　Hon. Dale. S. Fischer<br>Date:　　May 9, 2016<br>Time:　　1:30 p.m.<br>Crtrm.:　840, 4th Floor<br><br>Discovery Cut-Off: Not Set<br>Motion Cut-Off: Not Set<br>Pre-Trial Conference: Not Set<br>Trial Date: Not Set<br>　　Subject to the Court's Minute Order |

**[PROPOSED] ORDER**

The Court, having reviewed and considered Plaintiff Complete Entertainment Resources LLC's ("Songkick") Application to File Under Seal Certain Documents in Support of its Reply in Further Support of its Motion for Preliminary Injunction, hereby GRANTS the Application and further ORDERS that the documents set forth below, which were submitted for filing by Songkick on April 25, 2016, be filed under seal, and kept under seal until further order of the Court. The previously filed redacted versions shall remain publicly available.

| | **Documents to be Filed Under Seal** |
|---|---|
| 1 | Unredacted Version of Songkick's Reply Memorandum of Points and Authorities in Further Support of its Motion for Preliminary Injunction |
| 2 | Unredacted Version of the Supplemental Declaration of Glenn Ray in Support of Plaintiff Complete Entertainment Resources LLC's Motion for Preliminary Injunction |
| 3 | Exhibits 1 & 2 to the Supplemental Declaration of Glenn Ray in Support of Plaintiff Complete Entertainment Resources LLC's Motion for Preliminary Injunction |
| 4 | Unredacted Versions of Exhibits B & C to the Declaration of Stephen Glicken in Support of Plaintiff Complete Entertainment Resources LLC's Motion for Preliminary Injunction |
| 5 | Unredacted Versions of Exhibits V & W to the Declaration of Jesse Bellin in Support of Plaintiff Complete Entertainment Resources LLC's Motion for Preliminary Injunction |

\_\_\_\_\_ Counsel shall publicly file the document(s);

\_\_\_\_\_ Counsel shall file redacted versions of the documents for public view. The Court will consider the unredacted mandatory paper chambers copy.

-2-

1     **IT IS SO ORDERED.**

2

3                          *[signature: Dale S. Fischer]*

4 Dated:    45/4/16

                               Hon. Dale S. Fischer
5                                United States District Judge