QUINN EMANUEL URQUHART & SULLIVAN, LLP
Frederick A. Lorig (Bar No. 057645)
fredlorig@quinnemanuel.com
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Complete
Entertainment Resources LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>　　　　Defendants. | CASE NO. 15-cv-9814 DSF (AGRx)<br><br>**PROOF OF SERVICE**<br><br>**DISCOVERY MATTER**<br><br>The Honorable Alicia G. Rosenberg<br><br>Motion Hearing Cut-Off: Aug 7, 2017<br>Pre-Trial Conference: October 16, 2017<br>Trial Date: November 14, 2017 |

06603-00001/9228907.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017-2543.

On April 27, 2017, I served true copies of the following document(s) described as

**SONGKICK'S EX PARTE APPLICATION TO COMPEL DEPOSITIONS OF DEFENDANTS' PROFFERED EXPERTS, JANUSZ ORDOVER AND PAUL MEYER, ON MAY 11 AND MAY 12**

**DECLARATION OF ADAM B. WOLFSON (and accompanying exhibits)**

**PROPOSED ORDER RE: SONGKICK'S EX PARTE APPLICATION TO COMPEL DEPOSITIONS OF DEFENDANTS' PROFFERED EXPERTS, JANUSZ ORDOVER AND PAUL MEYER, ON MAY 11 AND MAY 12**

on the interested parties in this action as follows:

dan.wall@lw.com
tim.o'mara@lw.com
andrew.gass@lw.com
kirsten.ferguson@lw.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address adamwolfson@quinnemanuel.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 27, 2017, at Los Angeles, California.

*/s/ Adam B. Wolfson*
Adam B. Wolfson