LATHAM & WATKINS LLP
Daniel M. Wall (SBN 102580)
 dan.wall@lw.com
Timothy L. O'Mara (SBN 212731)
 tim.o'mara@lw.com
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Kirsten M. Ferguson (SBN 252781)
 kirsten.ferguson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant LIVE NATION ENTERTAINMENT, INC. and Defendant and Counter Claimant TICKETMASTER LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>　　　　Defendants.<br><br>Ticketmaster LLC,<br><br>　　　　Counter Claimant,<br><br>　v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>　　　　Counter Defendant. | CASE NO. 2:15-cv-09814 DSF (AGRx)<br><br>**DEFENDANTS' REPLY REGARDING *EX PARTE* APPLICATION FOR LEAVE TO FILE AN OVERSIZE BRIEF IN SUPPORT OF DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Dale S. Fischer<br><br>Motion Cut-Off: May 29, 2017<br>Motion Hearing Cut-Off: August 7, 2017<br>Pre-Trial Conference: October 16, 2017<br>Trial Date: November 14, 2017 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' REPLY RE
EX PARTE APPLICATION
FOR OVERSIZE BRIEF

Defendants file this Reply regarding their Application for extra pages on their forthcoming partial summary judgment brief to clarify two points:

First, Defendants intend to file two motions: one for partial summary judgment on the bulk of Songkick's claims against Live Nation and Ticketmaster; and a separate one for summary judgment on Ticketmaster's offensive claims stated against Songkick in its counter-complaint. The brief on Songkick's claims would, if the Court grants the relief sought here, be 50 pages rather than 25 pages. The brief on Ticketmaster's counter-claims would be no more than 25 pages. That is all that is happening here: two motions; two briefs; one hopefully longer than normal for all the reasons articulated in the Application. To be clear, no part of the extension that we are seeking depends on the idea that we should get 25 pages per party; we do not know where Songkick is getting that idea. Songkick's Opposition appears to be confused about this.

Second, Songkick's Opposition has either misrepresented to the Court what antitrust claims Songkick is making, or announced for the first time that Songkick is dropping fully one-third of those it was previously pursuing. Its First Amended Complaint in this litigation, which is the operative pleading, says: "There are at least three relevant product markets applicable to this dispute." *See* First Amended Complaint ("FAC"), ECF No. 158 ¶ 60. The first two of these are what Songkick's Opposition to this Application calls "*the two relevant markets at issue* (respectively, artist presale ticketing services and venue ticketing services)." *See* Opposition, ECF No. 205 at 3 (emphasis added). But the FAC focuses at length on a third one as well: "the market for concert promotion services." FAC ¶ 64; *see also id*. ¶¶ 65-67, 76-80, 208-210, 214-218. If Songkick is no longer pursuing claims involving concert promotion, that is certainly welcome news (as they are meritless and thus warrant summary judgment). But Songkick must not be allowed to oppose this Application on the basis that there are only "two relevant markets at issue" in this litigation, and then turn around and press claims that involve three.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANTS' REPLY RE
EX PARTE APPLICATION
FOR OVERSIZE BRIEF

Dated: April 27, 2017

LATHAM & WATKINS LLP

By: */s/ Daniel M. Wall*
Daniel M. Wall
Timothy L. O'Mara
Andrew M. Gass
Kirsten M. Ferguson

Attorneys for Defendant
LIVE NATION ENTERTAINMENT, INC. and Defendant and Counter Claimant TICKETMASTER LLC

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' REPLY RE
EX PARTE APPLICATION
FOR OVERSIZE BRIEF