```
 1  LATHAM & WATKINS LLP
       Daniel M. Wall (SBN 102580)
 2      dan.wall@lw.com
       Timothy L. O'Mara (SBN 212731)
 3      tim.o'mara@lw.com
       Andrew M. Gass (SBN 259694)
 4      andrew.gass@lw.com
       Kirsten M. Ferguson (SBN 252781)
 5      kirsten.ferguson@lw.com
    505 Montgomery Street, Suite 2000
 6  San Francisco, California 94111-6538
    Telephone: +1.415.391.0600
 7  Facsimile: +1.415.395.8095

 8  Attorneys for Defendant LIVE NATION
    ENTERTAINMENT, INC. and Defendant
 9  and Counter Claimant TICKETMASTER
    LLC
10
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-09814 DSF (AGRx)<br><br>**PROOF OF SERVICE** |
| Ticketmaster LLC,<br><br>　　　　Counter Claimant,<br><br>　　v.<br><br>Complete Entertainment Resources LLC d/b/a/ Songkick,<br><br>　　　　Counter Defendant. | |

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **April 27, 2017** I served the following document described as:

**DEFENDANTS' REPLY REGARDING *EX PARTE* APPLICATION FOR LEAVE TO FILE AN OVERSIZE BRIEF IN SUPPORT OF DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

The above-described document was transmitted via electronic mail to the following party on **April 27, 2017**

Frederick A. Lorig
Kevin Y. Teruya
Adam B. Wolfson
QUINN EMMANUEL URQUHART & SULLIVAN, LLP
Email:
adamwolfson@quinnemanuel.com
kevinteruya@quinnemanuel.com
fredericklorig@quinnemanuel.com
QESongkick@quinnemanuel.com

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction service was made, and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 27, 2017** at San Francisco, California.

*/s/ Michelle L. Jeffers*
Michelle L. Jeffers