1   LATHAM & WATKINS LLP
      Daniel M. Wall (SBN 102580)
2       *dan.wall@lw.com*
      Timothy L. O'Mara (SBN 212731)
3       *tim.o'mara@lw.com*
      Andrew M. Gass (SBN 259694)
4       *andrew.gass@lw.com*
      Kirsten M. Ferguson (SBN 252781)
5       *kirsten.ferguson@lw.com*
    505 Montgomery Street, Suite 2000
6   San Francisco, California 94111-6538
    Telephone: +1.415.391.0600
7   Facsimile: +1.415.395.8095

8   *Attorneys for Defendant Live Nation*
    *Entertainment, Inc. and Defendant and*
9   *Counter-Claimant Ticketmaster LLC*

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                WESTERN DIVISION JUDICIAL DISTRICT

13

14  Complete Entertainment Resources LLC        CASE NO. 2:15-CV-09814 DSF
    d/b/a Songkick,                             (AGRx)
15
                        Plaintiff,              **SEPARATE STATEMENT OF**
16                                              **UNCONTROVERTED FACTS AND**
            v.                                  **CONCLUSIONS OF LAW IN**
17                                              **SUPPORT OF DEFENDANTS AND**
    Live Nation Entertainment, Inc.;            **COUNTER-CLAIMANT'S**
18  Ticketmaster LLC,                           **MOTION FOR PARTIAL**
                                                **SUMMARY JUDGMENT**
19                      Defendants.
                                                The Honorable Dale S. Fischer
20

21  Ticketmaster LLC,
                                                Date:      August 7, 2017
22          Counter-Claimant,                   Time:      1:30 p.m.
                                                Place:     Courtroom 7D
23          v.
                                                **DOCUMENT SUBMITTED UNDER**
24  Complete Entertainment Resources LLC        **SEAL IN ITS ENTIRETY**
    d/b/a Songkick,                             **NO REDACTED VERSION**
25                                              **AVAILABLE**

26          Counter Defendant.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                    SEP. STATEMENT OF UNCONTROVERTED FACTS ISO DEFS. &
                                    COUNTER-CLAIMANT'S MOT. FOR PARTIAL SUMM. J.
                                    CASE NO. 2:15-CV-09814 DSF (AGRx)