LATHAM & WATKINS LLP
  Daniel M. Wall (SBN 102580)
   dan.wall@lw.com
  Timothy L. O'Mara (SBN 212731)
   tim.o'mara@lw.com
  Andrew M. Gass (SBN 259694)
   andrew.gass@lw.com
  Kirsten M. Ferguson (SBN 252781)
   kirsten.ferguson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Live Nation Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>            Plaintiff,<br><br>    v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>            Defendants. | CASE NO. 2:15-CV-09814 DSF (AGRx)<br><br>**DECLARATION OF KYLE HANNAFORD**<br><br>The Honorable Dale S. Fischer<br><br>Date:   August 7, 2017<br>Time:   1:30 p.m.<br>Place:  Courtroom 7D |
| Ticketmaster LLC,<br><br>      Counter-Claimant,<br><br>    v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>      Counter Defendant. | |

I, Kyle Hannaford, declare as follows:

1. I am currently Vice President of Legal Affairs and Senior Counsel at Ticketmaster LLC ("Ticketmaster"). I make this declaration based on personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Ticketmaster's contract with Key Brand Entertainment Inc. and Eagle Eye Entertainment, Inc., attached to the Declaration of Timothy L. O'Mara in Support of Defendants and Counter-Claimant's Motion for Partial Summary Judgment (the "O'Mara Decl.") as Exhibit 6, covers the venue known as Charline McComb's Empire Theatre.

3. Ticketmaster's contract with Venuworks of Houston LLC, attached to the O'Mara Decl. as Exhibit 7, covers the venue known as the Cullen Performance Hall.

4. Ticketmaster's contract with Larry Magid, Adam Spivak, and 412 Willow Corp t/a Electric Factory, attached to the O'Mara Decl. as Exhibit 9, covers the venue known as the Electric Factory.

5. Ticketmaster's contract with Another Planet Entertainment, LLC, attached to the O'Mara Decl. as Exhibit 12, covers the venue known as the Greek Theatre.

6. Ticketmaster's contract with SMG (on behalf of The City of Sioux Falls), attached to the O'Mara Decl. as Exhibit 17, covers the venue known as the Orpheum Theatre.

7. Ticketmaster's contract with BRC Entertainment, Inc., attached to the O'Mara Decl. as Exhibit 19, covers the venue known as Penns Peak.

8. Ticketmaster's contract with the Lexington Center Corporation, attached to the O'Mara Decl. as Exhibit 21, covers the venue known as Rupp Arena.

9. Ticketmaster's contract with Key Brand Entertainment, Inc., attached to the O'Mara Decl. as Exhibit 26, covers the venue known as the State Theatre.

10. Ticketmaster's contract with Delaware North Companies, Inc.—Boston, attached to the O'Mara Decl. as Exhibit 29, covers the venue known as the TD Garden.

11. Ticketmaster's contract with Palace Sports and Entertainment, LLC, attached to the O'Mara Decl. as Exhibit 32, covers the venue known as the Palace at Auburn Hills.

12. Ticketmaster's contract with the Paramount Theatre, LLC, attached to the O'Mara Decl. as Exhibit 33, covers the venue known as the Paramount Theatre.

13. Ticketmaster's contract with United Center Joint Venture, attached to the O'Mara Decl. as Exhibit 37, covers the venue known as the United Center.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2017.

_Kyle Hannaford_