LATHAM & WATKINS LLP
 Daniel M. Wall (SBN 102580)
  dan.wall@lw.com
 Timothy L. O'Mara (SBN 212731)
  tim.o'mara@lw.com
 Andrew M. Gass (SBN 259694)
  andrew.gass@lw.com
 Kirsten M. Ferguson (SBN 252781)
  kirsten.ferguson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Live Nation Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>Plaintiff,<br><br>v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:15-CV-09814 DSF (AGRx)<br><br>**DECLARATION OF MIKE SCHMITT**<br><br>The Honorable Dale S. Fischer<br><br>Date:    August 7, 2017<br>Time:   1:30 p.m.<br>Place:   Courtroom 7D |
| Ticketmaster LLC,<br><br>Counter Claimant,<br><br>v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>Counter Defendant. | **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

I, Mike Schmitt, declare as follows:

1. I am currently the Senior Director of Tour Execution for Ticketmaster. I make this declaration based on personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Except for a brief, seven month stint at Tickets.com in 2010, I have worked at Ticketmaster since 1993. My prior positions at Ticketmaster include Senior Director of Client Services (2002-2010), Client Services Manager (1998-2002), Client Services Representative (1995-1998), and PCI Coordinator (1993-1995). I have been in my current position, as the Senior Director of Tour Execution for more than six years, since 2011. My duties as Senior Director of Tour Execution include, among other things, applying and enforcing Ticketmaster's fan club policy to third party (i.e., "off-platform") artist presales, and determining whether, under Ticketmaster's policy, the artist has a qualifying fan club, and whether the presale otherwise complies with the terms of the policy, such that the presale can go forward on the third party's platform. In applying Ticketmaster's fan club policy, I frequently communicate with venues and artist representatives, including managers, agents, and promoters. On occasion, that means informing venues and artist representatives that a given artist does not have a qualifying fan club under Ticketmaster's policy.

3. It is my understanding that the origins of Ticketmaster's fan club policy trace back to the 1990s. Sometime in the 1990s, the managers for certain popular, well-known bands approached Ticketmaster, seeking to sell some of the tickets to their shows at Ticketmaster venues directly to their most devoted, core fans—to their member-based fan clubs. Ticketmaster possessed the exclusive right to distribute these tickets, by virtue of its contracts with venues. Nevertheless, Ticketmaster recognized the importance of the artist-fan relationship, which lies at the heart of the live music industry, and wanted to foster the relationship between artists and their member-based fan clubs. To that end, Ticketmaster decided to

accommodate these requests to a limited extent, under certain circumstances, and so created what has become known as the "fan club policy." Pursuant to the fan club policy, Ticketmaster would provide artists a selection of tickets to sell to members of their fan clubs (typically via mail order, in the early days, and then moving to online sales) before the general onsale—i.e., before tickets went on sale to the general public. In so doing, Ticketmaster did not agree to waive its exclusive ticketing rights for the benefit of any artist who wanted to conduct any presale. Rather, under the fan club policy, Ticketmaster would voluntarily waive its exclusive rights only for artists who had genuine, *bona fide* fan clubs, in Ticketmaster's view. Ticketmaster eventually created a written version of its fan club policy which describes the specific circumstances under which Ticketmaster will allow an artist to sell presale tickets directly to fans notwithstanding Ticketmaster's exclusive distribution rights.

4. The fan club policy is intended to identify a *bona fide* fan club, whose existence in Ticketmaster's view is neither dependent upon nor principally a means of selling tickets, but rather exists primarily to allow artists to maintain ongoing connections to their most ardent fans. The policy is not about helping competing ticketing services; it's about helping artists cultivate a connection with their fans, by providing them a perk that is not available to the general public. Most of the fan club guidance is thus intended to ensure that the fan club provides for meaningful, ongoing interaction between an artist and its fans that goes beyond merely making tickets available. Examples of such interaction might include special content (an artist journal, exclusive photos, downloads, etc.), early access to the artist's content (music and videos), the sale of artist-related merchandise, meetups among members of the community, or the publication and distribution of artist newsletters—i.e., elements designed to create a community among fans, and to spur interaction among fans as well as between the fans and the artist.

5. The fan club policy also provides that member registration should precede access to any of the member-only benefits (including access to tickets); the fan club must be the only official fan club for the artist; the fan club must be easily found via search engines for sign-up/registrations, even when an artist is not currently touring; the fan club and the specific benefits of membership must be prominently featured on the artist's official web page; the fan club must mention access to presales as only one of many significant benefits to fan club membership; the fan club must provide its members a password and member ID that is unique to each member, and must be used to gain access to the fan club-only sections, ticketing pages, and other content on the fan club website; and the fan club must require each fan club member to provided personal information, beyond merely an email address and password, in order to become a member.

6. At its core, the fan club policy is straightforward: in order to do an off-platform presale at a Ticketmaster venue, a fan club must exist beforehand, must provide benefits to its members well beyond ticketing access, and must put steps in place that prospective members must go through to demonstrate that they are true members of an artist's most devoted community—and not simply members of the general public (or brokers) looking to buy tickets.

7. If a fan club satisfies the necessary requirements, Ticketmaster allows artists to run a presale on a ticketing platform other than Ticketmaster's—only to members of the fan club—subject to certain requirements. First and foremost, ticket sales may not be made to the general public. That is the core purpose of our business decision to help artists conduct presales: Ticketmaster is giving them the means to offer a special perk to their biggest fans, not to everyone in the world. Related requirements, all driven by the same idea, include: (i) ticket distribution must occur through an artist or fan club branded, password-protected, members-only website (no branding by a third-party ticketing services provider); (ii) inventory is limited to 8% of sellable seats, and must be spread evenly among

all price levels within the venues; (iii) dates and times of the fan club presales may only be visible to, and accessible by, registered fan club members; (iv) there can be no "presale" or "register" buttons visible next to any Ticketmaster event until a fan has logged into their unique fan club account; (v) the number of tickets purchased per member must be limited to four per performance; and (vi) the presale must end prior to the general public sale for the event, at which point the presale must be disabled, and all unsold inventory returned to venue box offices.

8. Collectively, Ticketmaster's fan club policy allows artists access to a limited slice of the ticketing inventory that otherwise would be sold by Ticketmaster to the broader public via Ticketmaster ticketing systems, provided that the tickets are sold by the artist via a qualifying fan club (and not just a disguised web-based ticketing site).

9. ▇▇▇▇ is an illustrative example of an artist who has a fan club which qualifies under Ticketmaster's fan club policy. ▇▇▇▇ fan club (the ▇▇▇▇) is prominently featured on the artist's website, easily found via search engines, and clearly provides for meaningful, ongoing interactions between the artist and his fans that go beyond merely making tickets available. For example, beyond making tickets available, ▇▇▇▇ fan club provides a number of specific, exclusive benefits to members—including, for example, audio downloads, merchandise, fan forums, and giveaways—that are available in a password-protected, members-only area on the artist's website. ▇▇▇▇ fan club is also a paid fan club, meaning that members must pay a fee to join the club. Paid membership typically indicates that the fan club has clear value beyond the sale of tickets. It is worth noting, however, this is not a requirement under Ticketmaster's policy; a fan club does not need to be a paid fan club in order to qualify under the policy.

10. On or about February 21, 2017, I visited ▇▇▇▇ website and joined the fan club. Attached hereto as Exhibit 1 is a document containing screen

shots that show the various aspects of the fan club, along with my explanation of why Ticketmaster has determined that this is a qualifying fan club under the policy.

11. On many occasions, Ticketmaster determined that an artist presale that Songkick was planning to conduct (or had already commenced) was impermissible because the artist lacked a qualifying fan club, and/or because the presale otherwise did not comply with the fan club policy's requirements. Ticketmaster usually prohibits Songkick from conducting these non-compliant presales. Sometimes, however, Ticketmaster in its discretion will give a one-time exception for Songkick to conduct a non-compliant presale, usually because I or my team discovered the presale in the days immediately prior to its on-sale date, or while the presale was already ongoing, such that it was impractical or impossible to halt the sale. As we grew more accustomed to this tactic, Ticketmaster also began to give Songkick the option of conducting some non-complaint presales, but only if Songkick reimbursed Ticketmaster for the service fees that Ticketmaster and the venue would have earned from selling the presale tickets.

12. Songkick often proceeds with its non-compliant presales at Ticketmaster venues, despite being informed by Ticketmaster that those presales are impermissible because the artist lacked a qualifying fan club, and/or because the presale otherwise did not comply with the fan club policy's requirements. For example, Songkick has run non-compliant presales for ████████████ ████████████████████████████████, and ███████████ At the time(s) that Songkick conducted those presales, these artists did not have qualifying fan clubs. And even today, these artists' websites do not host a remotely *bona fide* fan club.

13. ██████ Songkick hosted a number of non-compliant presales for ██████ in 2015 at Ticketmaster venues. Those presales were non-compliant because (i) the artist clearly did not have a fan club, and (ii) they exceeded 8% of

the sellable capacity at Ticketmaster venues. ▒▒▒ did not have a fan club in 2015: there was no fan club on the artist's website, and I was unable to locate an official fan club using search engines. Also, I recently (on or about May 25, 2017) went to ▒▒▒ website, and confirmed that she does not have anything resembling a *bona fide* fan club today. Attached hereto as <u>Exhibit 2</u> is a document containing screen shots that show ▒▒▒ website, as it looked when I viewed it on or about May 25, 2017, along with an explanation of what I saw on the website. With respect to whether the artist has a fan club, ▒▒▒ website is substantially the same as it was in in 2014 and 2015—i.e., there is no fan club.

14.     ▒▒▒ Songkick hosted a number of non-compliant presales for ▒▒▒ in 2015 at Ticketmaster venues—despite the fact that I had informed Songkick that this artist did not have a fan club, and thus could not conduct off-platform presales at Ticketmaster venues. ▒▒▒ did not have a fan club in 2014 or 2015: there was no fan club on the artist's website, and I was unable to locate an official fan club using search engines. Also, I recently (on or about May 25, 2017) went to this artist's website, and confirmed that ▒▒▒ does not have anything resembling a *bona fide* fan club today. Attached hereto as <u>Exhibit 3</u> is a document containing screen shots that show ▒▒▒ website, as it looked when I viewed it on or about May 25, 2017, along with an explanation of what I saw on the website. With respect to whether the artist has a fan club, the artist's website is substantially the same as it was in in 2014 and 2015—i.e., there is no fan club.

15.     ▒▒▒ Songkick hosted a number of non-compliant presales for ▒▒▒ in 2015 and 2016 at Ticketmaster venues—despite the fact that I had informed Songkick that this artist did not have a fan club, and thus could not conduct off-platform presales at Ticketmaster venues. ▒▒▒ did not have a fan club in 2015 or 2016: there was no fan club on the artist's website, and I was

1  unable to locate an official fan club using search engines.  Also, I recently (on or
2  about May 25, 2017) went to ▮▮▮▮▮▮ website, and confirmed that the artist does
3  not have anything resembling a *bona fide* fan club today.  Attached hereto as
4  <u>Exhibit 4</u> is a document containing screen shots that show ▮▮▮▮▮▮ website, as it
5  looked when I viewed it on or about May 25, 2017, along with an explanation of
6  what I saw on the website.  With respect to whether the artist has a fan club,
7  ▮▮▮▮▮▮ website is substantially the same as it was in in 2015 and 2016—i.e., there
8  is no fan club.

9       16.    ▮▮▮▮▮▮ Songkick hosted a number of non-compliant presales
10  for ▮▮▮▮▮▮ in 2015 and 2016 at Ticketmaster venues.  Those presales were
11  non-compliant because (i) the artist clearly did not have a fan club, and (ii) they
12  were marketed to the general public, in violation of the policy.  ▮▮▮▮▮▮ did
13  not have a fan club in 2015 or 2016: there was no fan club on the artist's website,
14  and I was unable to locate an official fan club using search engines.  Also, I
15  recently (on or about May 25, 2017) went to ▮▮▮▮▮▮ website, and
16  confirmed that the artist does not have anything resembling a *bona fide* fan club
17  today.  Attached hereto as <u>Exhibit 5</u> is a document containing screen shots that
18  show ▮▮▮▮▮▮ website, as it looked when I viewed it on or about May 25,
19  2017, along with an explanation of what I saw on the website.  With respect to
20  whether the artist has a fan club, ▮▮▮▮▮▮ website is substantially the same
21  as it was in in 2015 and 2016—i.e., there is no fan club.

22       17.    ▮▮▮▮▮▮ Songkick hosted a non-compliant presale for Home Free
23  in 2015 at a Ticketmaster venue—despite the fact that I had informed Songkick
24  that this artist did not have a fan club, and thus could not conduct off-platform
25  presales at Ticketmaster venues.  ▮▮▮▮▮▮ did not have a fan club in 2015: there
26  was no fan club on the artist's website, and I was unable to locate an official fan
27  club using search engines.  Also, I recently (on or about May 25, 2017) went to
28  ▮▮▮▮▮▮ website, and confirmed that the artist does not have anything

1 resembling a *bona fide* fan club today. Attached hereto as <u>Exhibit 6</u> is a document containing screen shots that show ▓▓▓▓▓▓ website, as it looked when I viewed it on or about May 25, 2017, along with an explanation of what I saw on the website. With respect to whether the artist has a fan club, ▓▓▓▓▓▓ website is substantially the same as it was in in 2015—i.e., there is no fan club.

18. ▓▓▓▓▓▓ Songkick hosted a number of non-compliant presales for ▓▓▓▓▓▓ n 2015 at Ticketmaster venues. Those presales were non-compliant because (i) the artist clearly did not have a fan club, and (ii) they were not password-protected, as required by the policy. ▓▓▓▓▓▓ did not have a fan club in 2015: there was no fan club on the artist's website, and I was unable to locate an official fan club using search engines. Also, I recently (on or about February 21, 2017) went to ▓▓▓▓▓▓ website, and confirmed that the artist does not have anything resembling a *bona fide* fan club today. Attached hereto as <u>Exhibit 7</u> is a document containing screen shots that show ▓▓▓▓▓▓ website, as it looked when I viewed it on or about May 25, 2017, along with an explanation of what I saw on the website. With respect to whether the artist has a fan club, ▓▓▓▓▓▓ website is substantially the same as it was in in 2015—i.e., there is no fan club.

19. Neither I nor anyone else on my team or at Ticketmaster has heard of a single instance in which a venue complained to Ticketmaster that it had wrongly disallowed an artist presale through a genuine artist fan club.

20. Neither I nor anyone else on my team or at Ticketmaster has heard of a single instance in which a venue claimed that Ticketmaster's standard contracts do not give Ticketmaster rights over artist presales.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2017.

_____
Mike Schmitt