# EXHIBITS 1 – 7 to the Declaration of Mike Schmitt

DOCUMENTS PROPOSED TO BE FILED UNDER SEAL IN THEIR ENTIRETY
NO REDACTED VERSIONS AVAILABLE