1   LATHAM & WATKINS LLP
       Daniel M. Wall (SBN 102580)
2        *dan.wall@lw.com*
       Timothy L. O'Mara (SBN 212731)
3        *tim.o'mara@lw.com*
       Andrew M. Gass (SBN 259694)
4        *andrew.gass@lw.com*
       Kirsten M. Ferguson (SBN 252781)
5        *kirsten.ferguson@lw.com*
     505 Montgomery Street, Suite 2000
6    San Francisco, California 94111-6538
     Telephone: +1.415.391.0600
7    Facsimile: +1.415.395.8095

8    *Attorneys for Defendant Live Nation*
     *Entertainment, Inc. and Defendant and*
9    *Counter-Claimant Ticketmaster LLC*

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12               WESTERN DIVISION JUDICIAL DISTRICT

13

14   Complete Entertainment Resources        CASE NO. 2:15-cv-09814 DSF
     LLC d/b/a Songkick,                      (AGRx)
15
                         Plaintiff,           **PROOF OF SERVICE**
16
          v.
17
     Live Nation Entertainment, Inc.;
18   Ticketmaster LLC,

19                       Defendants.

20   Ticketmaster LLC,

21        Counter-Claimant

22        v.

23   Complete Entertainment Resources
     LLC d/b/a/ Songkick,
24
          Counter Defendant.
25

26

27

28

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **May 29, 2017** I served the following document described as:

- DECLARATION OF KYLE HANNAFORD IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

- **[UNREDACTED]** MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT DEFENDANTS AND COUNTER-CLAIMANT'S OF MOTION FOR PARTIAL SUMMARY JUDGMENT

- **[UNREDACTED]** SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

- **[UNREDACTED]** EXHIBITS 1 THROUGH 42; EXHIBITS 44 THROUGH 50; EXHIBITS 53 THROUGH 56; EXHIBIT 61; EXHIBITS 65 THROUGH 72; EXHIBIT 74; EXHIBITS 76 THROUGH 101; EXHIBIT 104; EXHIBIT 106; EXHIBITS 109 THROUGH 119; EXHIBITS 121 THROUGH 137 TO THE DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

- **[UNREDACTED]** DECLARATION OF DESIREE PEREZ

- **[UNREDACTED]** DECLARATION OF FERNANDO LEBEIS

- **[UNREDACTED]** DECLARATION OF ROB LIGHT

- **[UNREDACTED]** DECLARATION OF JORDAN FELDSTEIN

- **[UNREDACTED]** DECLARATION OF JOHNNY WRIGHT

- **[UNREDACTED]** DECLARATION OF BRAD MARGOLIS

- **[UNREDACTED]** DECLARATION OF IRVING AZOFF

- **[UNREDACTED]** DECLARATION OF ADAM FLICK

- **[UNREDACTED]** DECLARATION OF BERNARD CAHILL

- **[UNREDACTED]** DECLARATION OF MATT MAHER

- **[UNREDACTED]** DECLARATION OF GUY OSEARY

- **[UNREDACTED]** DECLARATION OF KIM BEDIER

1   • **[UNREDACTED]** DECLARATION OF PAT NAGLE

2   • **[UNREDACTED]** DECLARATION OF MICHAEL MARION

3   • **[UNREDACTED]** DECLARATION OF SCOTT JOHNSON

4   • **[UNREDACTED]** DECLARATION OF MARCO PEREZ

5   • **[UNREDACTED]** DECLARATION OF CARL HALL

6   • **[UNREDACTED]** DECLARATION OF JARED SMITH

7   • **[UNREDACTED]** DECLARATION OF MIKE SCHMITT AND
    EXHIBITS 1-7 [**UNREDACTED**]

8   • **[UNREDACTED]** DECLARATION OF JANUSZ ORDOVER

9
10  • NOTICE OF ELECTRONIC FILING RE DECLARATION OF
    KYLE HANNAFORD IN SUPPORT OF DEFENDANTS'
    APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN
11  DOCUMENTS IN SUPPORT OF DEFENDANTS AND COUNTER-
    CLAIMANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
12  (DKT. 220)

13  by serving a true copy of the above-described document in the following manner:

14                        **BY ELECTRONIC MAIL**

15
16      The above-described document was transmitted via electronic mail to the
    following party on **May 29, 2017**:

17
18  • QUINN EMMANUEL URQUHART & SULLIVAN, LLP (Attorneys
    for Plaintiff Complete Entertainment Resources LLC d/b/a Songkick):

19      • Frederick A. Lorig (fredericklorig@quinnemanuel.com)

20      • Kevin Y. Teruya (kevinteruya@quinnemanuel.com)

21      • Adam B. Wolfson (adamwolfson@quinnemanuel.com)

22      • Jennifer English (jenniferenglish@quinnemanuel.com)

23      • Lee Rosenberg (leerosenberg@quinnemanuel.com)

24      • David Kramer (davidkramer@quinnemanuel.com)

25      • Zach Flood (zackflood@quinnemanuel.com)

26      • Joan Collopy (joancollopy@quinnemanuel.com)

27      • QESongkick@quinnemanuel.com

28  The party on whom this electronic mail has been served has agreed in writing to
    such form of service pursuant to agreement.

1       I declare that I am employed in the office of a member of the Bar of, or
2 permitted to practice before, this Court at whose direction service was made, and
declare under penalty of perjury that the foregoing is true and correct.

3       Executed on **May 29, 2017** at San Francisco, California.

4

5

6                               Michelle L. Jeffers

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28