QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Frederick A. Lorig (Bar No. 057645)
   fredlorig@quinnemanuel.com
  Kevin Y. Teruya (Bar No. 235916)
   kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
   adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Complete
Entertainment Resources LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>　　　　Defendants.<br><br>Ticketmaster LLC,<br><br>　　　　Counter Claimant,<br><br>　　v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>　　　　Counter Defendant. | CASE NO. 15-cv-9814 DSF (AGRx)<br><br>**PLAINTIFF COMPLETE ENTERTAINMENT RESOURCES LLC'S NOTICE OF CORRECTION AND WITHDRAWAL RE DKT NO. 230**<br><br>Complaint Filed:  December 22, 2015<br><br>Judge:　Hon. Dale. S. Fischer<br>Date:　August 7, 2016<br>Time:　1:30 p.m.<br>Crtrm.:　7D<br><br>Motion Hearing Cut-Off:  Aug 7, 2017<br>Pre-Trial Conference:  October 16, 2017<br>Trial Date:  November 14, 2017 |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please be advised that Plaintiff Complete Entertainment Resources LLC ("Songkick") has filed Dkt. Nos. 236, 237, 238, and 239 to correct and replace Dkt. No 230, Songkick's original Application To File Documents Under Seal in *Opposition To Defendants' Motion For Partial Summary Judgment* to conform with the Court's direction regarding docketing protocols.  Songkick therefore withdraws Dkt. No. 230.  The declarations filed as Dkt. Nos. 232, 233, and 240 support Songkick's corrected Application to File Documents Under Seal, Dkt. No. 238.

Dated:  June 28, 2017

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  */s/ Frederick A. Lorig*
Frederick A. Lorig

Attorneys for Plaintiff
COMPLETE ENTERTAINMENT RESOURCES LLC