1   LATHAM & WATKINS LLP
       Daniel M. Wall (SBN 102580)
2        *dan.wall@lw.com*
       Timothy L. O'Mara (SBN 212731)
3        *tim.o'mara@lw.com*
       Andrew M. Gass (SBN 259694)
4        *andrew.gass@lw.com*
       Kirsten M. Ferguson (SBN 252781)
5        *kirsten.ferguson@lw.com*
     505 Montgomery Street, Suite 2000
6    San Francisco, California 94111-6538
     Telephone: +1.415.391.0600
7    Facsimile: +1.415.395.8095

8    *Attorneys for Defendant Live Nation*
     *Entertainment, Inc. and Defendant and*
9    *Counter-Claimant Ticketmaster LLC*

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12          WESTERN DIVISION JUDICIAL DISTRICT

13

| | |
|---|---|
| 14  Complete Entertainment Resources LLC d/b/a Songkick, | CASE NO. 2:15-CV-09814 DSF (AGRx) |
| 15 | |
| 16                  Plaintiff, | **DEFENDANTS AND COUNTER-CLAIMANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE DISPUTES AND ADDITIONAL MATERIAL FACTS** |
| 17          v. | |
| 18  Live Nation Entertainment, Inc.; Ticketmaster LLC, | |
| 19                  Defendants. | The Honorable Dale S. Fischer |
| 20 | Date:       August 7, 2017 |
| 21  Ticketmaster LLC, | Time:       1:30 p.m. |
| 22          Counter-Claimant, | Place:      Courtroom 7D |
| 23          v. | **DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY** |
| 24  Complete Entertainment Resources LLC d/b/a Songkick, | |
| 25 | **NO REDACTED VERSION AVAILABLE** |
| 26          Counter Defendant. | |
| 27 | |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' RESPONSE TO PL.'S STATEMENT OF GENUINE
DISPUTES AND ADDITIONAL MATERIAL FACTS
CASE NO. 2:15-CV-09814 DSF (AGRx)