1   LATHAM & WATKINS LLP
       Daniel M. Wall (SBN 102580)
2        dan.wall@lw.com
       Timothy L. O'Mara (SBN 212731)
3        tim.o'mara@lw.com
       Andrew M. Gass (SBN 259694)
4        andrew.gass@lw.com
       Kirsten M. Ferguson (SBN 252781)
5        kirsten.ferguson@lw.com
     505 Montgomery Street, Suite 2000
6    San Francisco, California 94111-6538
     Telephone: +1.415.391.0600
7    Facsimile: +1.415.395.8095

8    *Attorneys for Defendant Live Nation*
     *Entertainment, Inc. and Defendant and*
9    *Counter-Claimant Ticketmaster LLC*

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12          WESTERN DIVISION JUDICIAL DISTRICT

13

| | |
|---|---|
| 14  Complete Entertainment Resources LLC d/b/a Songkick, | CASE NO. 2:15-cv-09814 DSF (AGRx) |
| 15 | |
|          Plaintiff, | **PROOF OF SERVICE** |
| 16 | |
|      v. | |
| 17 | |
| Live Nation Entertainment, Inc.; | |
| 18  Ticketmaster LLC, | |
| 19          Defendants. | |
| 20  Ticketmaster LLC, | |
| 21          Counter-Claimant | |
| 22      v. | |
| 23  Complete Entertainment Resources LLC d/b/a/ Songkick, | |
| 24 | |
| 25          Counter Defendant. | |

26

27

28

1    I am employed in the County of San Francisco, State of California.  I am
over the age of 18 years and not a party to this action.  My business address is
2   Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA
94111-6538.

3

4    On **July 24, 2017** I served the following document described as:

5    • DECLARATION OF KYLE HANNAFORD IN SUPPORT OF
      DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER
6      SEAL CERTAIN DOCUMENTS IN SUPPORT OF DEFENDANTS
      AND COUNTER-CLAIMANT'S REPLY IN SUPPORT OF MOTION
7      FOR PARTIAL SUMMARY JUDGMENT

8    • **[UNREDACTED]** DEFENDANTS AND COUNTER-CLAIMANT'S
      REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
9      JUDGMENT

10   • **[UNREDACTED]** DEFENDANTS AND COUNTER-CLAIMANT'S
      RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE
11     DISPUTES AND ADDITIONAL MATERIAL FACTS

12   • **[UNREDACTED]** DEFENDANTS AND COUNTER-CLAIMANT'S
      MEMORANDUM IN SUPPORT OF THEIR OBJECTIONS TO
13     PLAINTIFF'S EVIDENCE AND RESPONSES TO PLAINTIFF'S
      EVIDENTIARY OBJECTIONS
14

15   • **[UNREDACTED]** DECLARATION OF ANDREW M. GASS IN
      SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANT'S
16     REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

17   • **[UNREDACTED]** EXHIBITS 1 THROUGH 9 AND EXHIBITS 11
      AND 13 TO THE DECLARATION OF ANDY M. GASS IN
18     SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT'S
      REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
19     JUDGMENT

20

21   by serving a true copy of the above-described document in the following manner:

22                        **BY ELECTRONIC MAIL**

23

     The above-described document was transmitted via electronic mail to the
24   following party on **July 24, 2017**:

25   • QUINN EMMANUEL URQUHART & SULLIVAN, LLP (Attorneys
      for Plaintiff Complete Entertainment Resources LLC d/b/a Songkick):
26

27      • Frederick A. Lorig (fredericklorig@quinnemanuel.com)

      • Kevin Y. Teruya (kevinteruya@quinnemanuel.com)
28
        • Adam B. Wolfson (adamwolfson@quinnemanuel.com)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE
CASE NO. 2:15-CV-09814 DSF (AGRx)

- Jennifer English (jenniferenglish@quinnemanuel.com)
- Lee Rosenberg (leerosenberg@quinnemanuel.com)
- David Kramer (davidkramer@quinnemanuel.com)
- Zach Flood (zackflood@quinnemanuel.com)
- Joan Collopy (joancollopy@quinnemanuel.com)
- QESongkick@quinnemanuel.com

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction service was made, and declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 24, 2017** at San Francisco, California.

Michelle L. Jeffers