# DENIED
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>    Plaintiff,<br><br>    v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>    Defendants. | CASE NO. 2:15-CV-09814 DSF (AGRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AND COUNTER-CLAIMANT'S *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE AND RELATED DEADLINES** |
| Ticketmaster LLC,<br><br>    Counter-Claimant,<br><br>    v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>    Counter-Defendant. | |

THIS MATTER comes before the Court upon Defendant Live Nation Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC's (together, "Defendants") *ex parte* application for an order continuing the trial date and all related deadlines in this matter. After full consideration of the papers submitted, IT IS HEREBY ORDERED THAT:

The case schedule and Scheduling Order entered in the above-captioned action (ECF No. 66) is modified as follows:

| EVENT | DATE |
| --- | --- |
| Parties to Serve Proposed Jury Instructions & Verdict Special Verdict Forms | **October 20, 2017** |
| Deadline to File and Serve *Daubert* Motions | **October 25, 2017** |
| Parties to Serve Objections to Proposed Jury Instructions & Verdict Forms | **October 30, 2017** |
| Deadline for:<br>1. Local Rule 16-2 Meeting of Counsel; and<br>2. *Daubert* Oppositions | **November 8, 2017** |
| Deadline to File and Serve Motions *in Limine* | **November 15, 2017** |
| Deadline to File and Serve:<br>1. *Daubert* Replies<br>2. Memoranda of Contentions of Fact & Law<br>3. Witness Lists; and<br>4. Joint Exhibit List | **November 20, 2017** |
| Deadline to File and Serve Oppositions to Motions *in Limine* | **December 1, 2017** |

| EVENT | DATE |
|---|---|
| Deadline to File and Serve:<br><br>1. Pretrial Conference Order<br>2. Joint Statement of the Case<br>3. Joint Set of Jury Instructions (on which there is agreement); and<br>4. Proposed Jury Instructions (that are subject to objection by the other party) | **December 7, 2017** |
| Pretrial Conference & *Daubert* Hearing | **December 18, 2017** |
| **First Day of Trial** | **January 23, 2018** |

IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

Dated: 8/15/17

Hon. Dale S. Fischer
United States District Judge