1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>       Plaintiff,<br><br>    v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>       Defendants.<br><br>Ticketmaster LLC,<br><br>       Counter Claimant,<br><br>    v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>       Counter Defendant. | CASE NO. 15-cv-9814 DSF (AGRx)<br><br>**ORDER RE: JOINT STIPULATION TO EXTEND DEADLINE FOR LOCAL RULE 16-2 MEETING OF COUNSEL BEFORE FINAL PRETRIAL CONFERENCE TO SEPTEMBER 22, 2017 FROM SEPTEMBER 6, 2017** |

THIS MATTER comes before the Court upon the parties' Joint Stipulation to Extend the Deadline for the Local Rule 16-2 Meeting of Counsel Before Final Pretrial Conference. After full consideration and good cause appearing, IT IS HEREBY ORDERED THAT:

The Parties' stipulation is GRANTED.

The deadline for the parties to hold the Local Rule 16-2 Meeting of Counsel Before Final Pretrial Conference is extended until Friday, September 22, 2017.

**IT IS SO ORDERED.**

Dated: 8/24/17

_____
Hon. Dale S. Fischer
United States District Judge