1  LATHAM & WATKINS LLP
2     Daniel M. Wall (SBN 102580)
        *dan.wall@lw.com*
3     Timothy L. O'Mara (SBN 212731)
        *tim.o'mara@lw.com*
4     Andrew M. Gass (SBN 259694)
        *andrew.gass@lw.com*
5     Kirsten M. Ferguson (SBN 252781)
        *kirsten.ferguson@lw.com*
6  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
7  Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095

8  *Attorneys for Defendant Live Nation*
   *Entertainment, Inc. and Defendant and*
9  *Counter-Claimant Ticketmaster LLC*

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12           WESTERN DIVISION JUDICIAL DISTRICT

13

| | |
|---|---|
| 14  Complete Entertainment Resources LLC d/b/a Songkick, | CASE NO. 2:15-CV-09814 DSF (AGRx) |
| 15 | |
| 16           Plaintiff, | **DEFENDANTS AND COUNTER-CLAIMANT'S *EX PARTE* APPLICATION TO RESCHEDULE PRETRIAL CONFERENCE AND *DAUBERT* HEARING FROM OCTOBER 16 TO OCTOBER 17, 18, 19, 20, 23, 24, 25, 26, OR 27, OR ANY OTHER DATE CONVENIENT FOR THE COURT** |
| 17      v. | |
| 18  Live Nation Entertainment, Inc.; Ticketmaster LLC, | |
| 19           Defendants. | |
| 20 | |
| 21  Ticketmaster LLC, | The Honorable Dale S. Fischer |
| 22           Counter-Claimant, | |
| 23      v. | Current Pretrial Conference Date: October 16, 2017 |
| 24  Complete Entertainment Resources LLC d/b/a Songkick, | Current Trial Date: Nov. 14, 2017 |
| 25 | |
| 26           Counter-Defendant. | |
| 27 | |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS. & COUNTER-CLAIMANT'S EX PARTE
APPLICATION TO RESCHEDULE PRETRIAL CONF.
AND DAUBERT HRG.

Pursuant to Local Rule 40-1, Defendant Live Nation Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC (together, "Defendants") respectfully submit this *ex parte* application for an order rescheduling the final pretrial conference and hearing on the parties' *Daubert* motions from October 16, 2017 to any date between October 17 and 20 or 23 and 27—or as soon thereafter as is convenient for the Court.   All other pretrial and trial dates will remain unchanged.   Defendants have met and conferred with Songkick, which indicated that it is prepared to proceed on the currently-noticed date for the pretrial conference, but does not oppose this request if the Court opts to continue the conference to one of the alternative dates Defendants propose. *See* R. Ellison Decl., Ex. 1.

In support of this application, Defendants state as follows:

1.      Defendants' lead counsel, Daniel M. Wall, is teaching a session entitled "Law and Economics of Monopoly Power and Unilateral Conduct" at the Antitrust Judicial Training Institute at the University of Chicago Law School on October 16, 2017, the same date as the pretrial conference and *Daubert* hearing. The course is a joint production of the Federal Judicial Center, the ABA Antitrust Section, and the University of Chicago Law School.

2.      Mr. Wall committed to teach at this program several months ago, but only recently learned the exact date—and that it conflicted with the pretrial conference and *Daubert* hearing.

3.      Defendants met and conferred with Songkick on August 29, 2017.  On August 30, 2017, Songkick advised Defendants that it is prepared to proceed with the pretrial conference on October 16, but does not oppose the request in this *ex parte* application so long as the change does not result in a trial continuance.

4.      Defendants request that all deadlines—including those tied to the current October 16 date for the pretrial conference and *Daubert* hearing—remain the same, and that the only change to the schedule be to the date for the final

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS. & COUNTER-CLAIMANT'S EX PARTE
APPLICATION TO RESCHEDULE PRETRIAL CONF.
AND DAUBERT HRG.

1  pretrial conference and *Daubert* hearing.  Rescheduling the pretrial conference and

2  *Daubert* hearing as requested, therefore, will have no impact on any other pretrial

3  or trial date.

4      5.     Pursuant   to   Defendants'   obligations   under   Local   Rule   7-19,

5  Songkick's counsel in this matter is:

6

7      **Quinn Emanuel Urquhart & Sullivan, LLC**
       Frederick A. Lorig (fredlorig@quinnemanuel.com)

8      Kevin Y. Teruya (kevinteruya@quinnemanuel.com)
       Adam B. Wolfson (adamwolfson@quinnemanuel.com)

9      865 S. Figueroa St. 10th Floor
       Los Angeles, California 90017

10     (213) 443-3000

11                     *     *     *

12     For  the  foregoing  reasons,  Defendants  respectfully  request  that  the  Court

13  reschedule the pretrial conference and *Daubert* hearing to October 17, 18, 19, 20,

14  23, 24, 25, 26, or 27, or as soon thereafter as is convenient for the Court.

15  Dated: August 31, 2017                  LATHAM & WATKINS LLP

16

17                                  By:

18                                      Daniel M. Wall
                                        Timothy L. O'Mara

19                                      Andrew M. Gass
                                        Kirsten M. Ferguson

20
                                        *Attorneys for Defendant Live Nation*
21                                      *Entertainment Inc. and Defendant and*
                                        *Counter-Claimant Ticketmaster LLC*
22

23

24

25

26

27

28