1    LATHAM & WATKINS LLP
       Daniel M. Wall (SBN 102580)
2        *dan.wall@lw.com*
       Timothy L. O'Mara (SBN 212731)
3        *tim.o'mara@lw.com*
       Andrew M. Gass (SBN 259694)
4        *andrew.gass@lw.com*
       Kirsten M. Ferguson (SBN 252781)
5        *kirsten.ferguson@lw.com*
     505 Montgomery Street, Suite 2000
6    San Francisco, California 94111-6538
     Telephone: +1.415.391.0600
7    Facsimile: +1.415.395.8095

8    *Attorneys for Defendant Live Nation*
     *Entertainment, Inc. and Defendant and*
9    *Counter-Claimant Ticketmaster LLC*

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12              WESTERN DIVISION JUDICIAL DISTRICT

13

14   Complete Entertainment Resources LLC      CASE NO. 2:15-CV-09814 DSF
     d/b/a Songkick,                           (AGRx)
15
                      Plaintiff,               **DECLARATION OF ROBERT J.**
16                                             **ELLISON IN SUPPORT OF**
           v.                                  **DEFENDANTS AND COUNTER-**
17                                             **CLAIMANT'S *EX PARTE***
     Live Nation Entertainment, Inc.;          **APPLICATION TO RESCHEDULE**
18   Ticketmaster LLC,                         **PRETRIAL CONFERENCE AND**
                                               ***DAUBERT* HEARING FROM**
19                    Defendants.              **OCTOBER 16 TO OCTOBER 17,**
                                               **18, 19, 20, 23, 24, 25, 26, OR 27, OR**
20                                             **ANY OTHER DATE**
     ─────────────────────────────            **CONVENIENT FOR THE COURT**
21   Ticketmaster LLC,
                                               The Honorable Dale S. Fischer
22               Counter-Claimant,
                                               Current Pretrial Conference Date:
23         v.                                  October 16, 2017

24   Complete Entertainment Resources LLC      Current Trial Date:
     d/b/a Songkick,                           Nov. 14, 2017
25
                Counter-Defendant.
26

27

28

1    I, Robert J. Ellison, declare as follows:

2        1.    I am an associate at the law firm of Latham & Watkins LLP, attorneys

3    for Defendant Live Nation Entertainment, Inc. and Defendant and Counter-

4    Claimant Ticketmaster LLC (together, "Defendants").  I am an attorney in good

5    standing in the State of California.  I have personal knowledge of the facts set forth

6    below, and if called upon to do so, can and will competently testify thereto.

7        2.    Defendants' lead counsel, Daniel M. Wall, is teaching a session

8    entitled "Law and Economics of Monopoly Power and Unilateral Conduct" at the

9    Antitrust Judicial Training Institute at the University of Chicago Law School on

10   October 16, 2017, the same date as the pretrial conference and *Daubert* hearing.

11   The course is a joint production of the Federal Judicial Center, the ABA Antitrust

12   Section, and the University of Chicago Law School.

13       3.    Mr. Wall committed to teach at this program several months ago, but

14   only recently learned the exact date—and that it conflicted with the pretrial

15   conference and *Daubert* hearing.

16       4.    On August 29, 2017, Defendants emailed counsel for Songkick,

17   proposing a joint stipulation to reschedule the pretrial conference and *Daubert*

18   hearing in light of Mr. Wall's immovable conflict.  *See* Ex. 1.

19       5.    On August 30, 2017, counsel for Songkick responded that it is

20   prepared to proceed with the pretrial conference on October 16, but it did not

21   intend to oppose Defendants' request as long as any change in the pretrial

22   conference date does not result in a trial continuance.  *Id.*

23       6.    On August 30, 2017, Defendants sent a copy of this *ex parte*

24   application to Songkick.  *Id.*

25       7.    That same day, Counsel for Songkick responded that it would not

26   oppose Defendants' request.  *Id.*

27       8.    Defendants have made seven previous extension requests.  The first

28   was when Defendants requested an additional 40 days to respond to Songkick's

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

R. ELLISON DECL. IN SUPP. OF DEFS. &
COUNTER-CLAIMANT'S EX PARTE APPLICATION
CASE NO. 2:15-CV-09814 DSF (AGRX)

1   Complaint (ECF No. 19); the second was when Defendants requested an additional
2   two weeks to respond to Songkick's motion for a preliminary injunction (ECF No.
3   28); the third was when Defendants requested an additional two weeks to respond
4   to Songkick's motions to compel (ECF No. 82); the fourth was when the parties
5   jointly requested to modify the deadlines for the fact discovery, expert discovery,
6   and summary judgment portions of the case schedule (ECF No. 146); the fifth was
7   when the parties jointly requested to modify the case schedule for Daubert briefing
8   (ECF No. 228); the sixth was Defendants' ex parte application to continue the trial
9   date (ECF No. 261); and the seventh was when the parties jointly requested to
10  continue the deadline for the Local Rule 16-2 Meeting of Counsel from September
11  6 to September 22.

12      I declare under penalty of perjury that the foregoing is true and correct.
13  Executed on August 31, 2017.

14
15

16                              Robert J. Ellison
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS⁲⁲ᵖ
ATTORNEYS AT LAW
SAN FRANCISCO

R. ELLISON DECL. IN SUPP. OF DEFS. &
2   COUNTER-CLAIMANT'S EX PARTE APPLICATION
CASE NO. 2:15-CV-09814 DSF (AGRX)