1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>    Plaintiff,<br><br>    v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>    Defendants. | CASE NO. 2:15-CV-09814 DSF (AGRx)<br><br>**ORDER GRANTING DEFENDANTS AND COUNTER-CLAIMANT'S *EX PARTE* APPLICATION TO RESCHEDULE PRETRIAL CONFERENCE AND *DAUBERT* HEARING FROM OCTOBER 16 TO OCTOBER 17, 18, 19, 20, 23, 24, 25, 26, OR 27, OR ANY OTHER DATE CONVENIENT FOR THE COURT** |
| Ticketmaster LLC,<br><br>    Counter-Claimant,<br><br>    v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>    Counter-Defendant. | |

1  THIS MATTER comes before the Court upon Defendant Live Nation Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC's (together, "Defendants") *ex parte* application for an order rescheduling the pretrial conference and hearing on the parties' *Daubert* motions from October 16 to October 17, 18, 19, 20, 23, 24, 25, 26, or 27, or any other date convenient for the Court. After full consideration of the papers submitted, IT IS HEREBY ORDERED THAT:

The pretrial conference and *Daubert* hearing is rescheduled for October 23, 2017 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: 9/5/17

_____
Hon. Dale S. Fischer
United States District Judge