LATHAM & WATKINS LLP
  Daniel M. Wall (SBN 102580)
   dan.wall@lw.com
  Timothy L. O'Mara (SBN 212731)
   tim.o'mara@lw.com
  Andrew M. Gass (SBN 259694)
   andrew.gass@lw.com
  Kirsten M. Ferguson (SBN 252781)
   kirsten.ferguson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Live Nation Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>    Plaintiff,<br><br>    v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>    Defendants.<br><br>Ticketmaster LLC,<br><br>    Counter-Claimant,<br><br>    v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>    Counter Defendant. | CASE NO. 2:15-CV-09814 DSF (AGRx)<br><br>**DECLARATION OF WILLIAM M. FRIEDMAN IN SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANT'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S DAMAGE EXPERT DAVID YURKERWICH**<br><br>The Honorable Dale S. Fischer<br><br>Date:   October 23, 2017<br>Time:   3:00 PM<br>Place:   Courtroom 7D |

I, William M. Friedman, declare as follows:

1. I am an associate at the law firm of Latham & Watkins LLP, attorneys for Defendant Live Nation Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC (together, "Defendants"). I am an attorney in good standing in the state of Maryland and the District of Columbia. I have personal knowledge of the facts set forth below, and if called upon to do so, can and will competently testify thereto.

2. I am making this Declaration in support of Defendants and Counter-Claimant's Motion to Exclude Testimony of Plaintiff's Damage Expert David Yurkerwich.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of David Yurkerwich, March 13, 2017

4. Attached hereto as Exhibit 2 is a true and correct copy of the Rebuttal Expert Report of David Yurkerwich, April 24, 2017.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Reply Expert Report of David Yurkerwich, May 8, 2017.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of David Yurkerwich, taken on May 17, 2017.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Rebuttal Report of Paul K. Meyer, April 24, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Expert Report of Professor Janusz A. Ordover, April 24, 2017.

9. Attached hereto as Exhibit 7 is a true and correct copy of the American Institution of Certified Public Accountants' ("AICPA") "Statements on Standards for Valuation Services" regarding "Valuation of a Business, Business Ownership Interest, Security, or Intangible Asset," available at AICPA's website, http://www.aicpa.org/InterestAreas/ForensicAndValuation/Resources/Standards/DownloadableDocuments/SSVS_Full_Version.pdf.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Songkick's Statement of Genuine Disputes and Additional Material Facts in Support of its Opposition to Defendants' Partial Motion for Summary Judgment, ECF No. 240.

11. Attached hereto as Exhibit 9 is a true and correct copy of Deposition Exhibit Number 444, a list of the alleged trade secrets that Songkick claims were misappropriated by Defendants.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Josh Block, taken on March 8, 2017 pursuant to Federal Rule of Civil Procedure 30(b)(6), authenticating Deposition Exhibit 444 (i.e. Friedman Decl. Ex. 10).

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the transcript of the deposition of Daniel Miller, an artist manager employed by Red Light Management, taken on March 2, 2017.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the transcript of the deposition of Defendants' employee Jared Smith, taken on January 27, 2017.

15. Attached hereto as Exhibit 13 is a true and correct copy of a document produced in this litigation bearing the beginning Bates number TM00111626 (January 18, 2014 email from Rey del Valle to Zeeshan Zaidi and Greg Schmale).

16. Attached hereto as Exhibit 14 is a true and correct copy of a document produced in this litigation bearing the Bates number TM00111631 (spreadsheet attached to Jan. 18, 2014 email from Rey del valle to Zeeshan Zaidi and Greg Schmale at TM00111626).

17. Pursuant to Local Rule 7-3, the parties met and conferred regarding the grounds for this Motion on August 25, 2017 and on August 31, 2017 and did not reach an agreement on any of the issues raised, except Songkick acknowledged that it is not seeking unjust enrichment as damages for its Computer Fraud and Abuse Act claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2017.

*/s/ William M. Friedman*
William M. Friedman