LATHAM & WATKINS LLP
  Daniel M. Wall (SBN 102580)
   dan.wall@lw.com
  Timothy L. O'Mara (SBN 212731)
   tim.o'mara@lw.com
  Andrew M. Gass (SBN 259694)
   andrew.gass@lw.com
  Kirsten M. Ferguson (SBN 252781)
   kirsten.ferguson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Live Nation Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>              Plaintiff,<br><br>     v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>              Defendants. | CASE NO. 2:15-CV-09814 DSF (AGRx)<br><br>**EXHIBITS 2 AND 3 TO THE DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>The Honorable Alicia G. Rosenberg<br><br>Date:   Oct. 23, 2017<br>Time:  3:00 p.m.<br>Place:  Courtroom B, 8th Fl. |
| Ticketmaster LLC,<br><br>              Counter-Claimant,<br><br>     v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>              Counter-Defendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBITS 2 AND 3 TO THE O'MARA DECL. ISO DEFS. AND COUNTER-CLAIMANT'S OPP'N TO PL.'S MOTION FOR SANCTIONS
CASE NO. 2:15-CV-09814 DSF (AGRx)