UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>        Plaintiff,<br><br>    v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>        Defendants. | CASE NO. 2:15-CV-09814 DSF (AGRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AND COUNTER-CLAIMANT'S *EX PARTE* APPLICATION FOR LIMITED DISCOVERY REGARDING SONGKICK'S PURPORTED BUSINESS VALUE**<br><br>The Honorable Dale S. Fischer |
| Ticketmaster LLC,<br><br>        Counter-Claimant,<br><br>    v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>        Counter-Defendant. | |

| | |
|---|---|
| 1 | THIS MATTER comes before the Court upon Defendant Live Nation |
| 2 | Entertainment, Inc. and Defendant and Counter-Claimant Ticketmaster LLC's |
| 3 | (together, "Defendants") *ex parte* application for an order under Federal Rule of |
| 4 | Civil Procedure 16(b)(4) allowing Defendants to take limited discovery concerning |
| 5 | the July 2017 sale of Songkick's assets to Warner Music Group and Plaintiff's |
| 6 | damages expert's reliance on that transaction to inform the opinions contained in |
| 7 | his Supplemental Report. After full consideration of the papers submitted, IT IS |
| 8 | HEREBY ORDERED THAT: |
| 9 | By December 2, 2017, Plaintiff will produce all documents reasonably related |
| 10 | to Songkick's sale of assets to Warner Music Group in July 2017, including the |
| 11 | relevant internal and external email, analyses, and similar material, as requested in |
| 12 | Exhibit 3 to the Declaration of Robert J. Ellison in support of Defendants and |
| 13 | Counter-Claimant's *Ex Parte* Application For Limited Discovery Regarding |
| 14 | Songkick's Purported Business Value. Plaintiff will make available for deposition |
| 15 | to occur by January 12, 2018 any persons under Songkick's control who are |
| 16 | reasonably knowledgeable of the July 2017 sale of Songkick's assets to Warner |
| 17 | Music Group. Defendants may issue deposition subpoenas pursuant to Federal Rule |
| 18 | of Civil Procedure 45 to Warner Music Group and any other third party reasonably |
| 19 | knowledgeable of the July 2017 sale of Songkick's assets to Warner Music Group. |
| 20 | **IT IS SO ORDERED.** |
| 21 | |
| 22 | |
| 23 | Dated: |
| 24 | Hon. Dale. S. Fischer<br>United States District Judge |