QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredlorig@quinnemanuel.com
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Complete
Entertainment Resources LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>Plaintiff,<br><br>v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>Defendants. | CASE NO. 15-cv-9814 DSF (AGRx)<br><br>**EXHIBITS 5 AND 6 TO THE DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF PLAINTIFF COMPLETE ENTERTAINMENT RESOURCES LLC'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS** |
| Ticketmaster LLC,<br><br>Counter Claimant,<br><br>v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>Counter Defendant. | Trial Date: January 23, 2018 |