# EXHIBIT 5

Highly Confidential Attorneys' Eyes Only

Page 1

1         UNITED STATES DISTRICT COURT
2         CENTRAL DISTRICT OF CALIFORNIA
3       WESTERN DIVISION JUDICIAL DISTRICT
4 ----------------------------------)
                                    )
5 COMPLETE ENTERTAINMENT RESOURCES  )
  LLC, d/b/a Songkick,              )
6           Plaintiff,         )
                                    )
7        vs.                 ) Case No.
                                    ) 2:15-CV-09814
8 LIVE NATION ENTERTAINMENT INC.,   )
  TICKETMASTER LLC,                )
9           Defendants.        )
  ----------------------------------)
10 TICKETMASTER LLC,                )
          Counter Claimant,  )
11                                  )
       vs.                       )
12 COMPLETE ENTERTAINMENT RESOURCES  )
  LLC, d/b/a Songkick,              )
13           Counter Defendant. )
  ----------------------------------)
14
15  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17     VIDEOTAPED DEPOSITION OF STEPHEN MEAD
18            New York, New York
19             January 13, 2017
20
21
22
23 Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR
  JOB NO. 117195
24
25

Highly Confidential Attorneys' Eyes Only

Page 193

1  compete with CrowdSurge?  01:35

2    A.    Again, that is incorrect.

3    Q.    Okay.  All right.  So, to your

4  knowledge, Ticketmaster does not compete with

5  CrowdSurge?  01:35

6    A.    Ticketmaster has an artist services

7  and has had an artist services division for a

8  number of years, and they work in conjunction

9  with Ticketmaster venues, which the venues

10  have a commodity in the tickets, which they  01:35

11  contract Ticketmaster to sell those tickets

12  for.  And artist services historically has

13  worked with artists touring through

14  Ticketmaster venues to assist them in taking

15  advantage of a number of marketing tools and  01:35

16  support that Ticketmaster can give an artist

17  when touring to increase ticket sales.

18    Ticketmaster Artist Services

19  existed way before my prior company Trinity

20  Street or CrowdSurge or Songkick.  01:35

21    Q.    And Ticketmaster Artist Services

22  competes with CrowdSurge for the sale of

23  artist presale services; is that right?

24    A.    No.  That is incorrect.

25    Q.    So, the OnTour part of artist  01:36

Highly Confidential Attorneys' Eyes Only

Page 196

1  object to the motion to strike and the                01:38
2  characterization of his prior answer as a
3  speech.
4        Can you read the question again so
5  Mr. Mead knows what it is, please.                    01:38
6        (Record read.)
7  A.    If an artist has a compliant fan
8  club policy, Ticketmaster will take under
9  consideration the request and either allow it
10 to run off platform, or they will handle it           01:39
11 on platform on behalf of the artist.
12 Q.    Well, it's a fact, isn't it, that
13 Ticketmaster does consider CrowdSurge a
14 competitor, and this lawsuit occurred because
15 you decided to try to cut them off at their           01:39
16 knees?
17        MR. O'MARA:  Objection,
18     argumentative.  Assumes facts not in
19     evidence.
20 A.    Can you state that question again.               01:39
21        MR. LORIG:  Please.
22        (Record read.)
23        MR. O'MARA:  Also, vague and
24     ambiguous as to "you."  It calls for
25     speculation as to why Songkick, the                01:39

Highly Confidential Attorneys' Eyes Only

Page 197

1    plaintiff in this case, filed a lawsuit,    01:40
2    which this witness is obviously not privy
3    to.
4        Q.    I still would like an answer to my
5    question.    01:40
6        A.    Songkick is not a competitor.  They
7    do not bid for exclusive rights to venues.
8    Therefore, they have to adhere to policies
9    put in place by primary rights owners, ticket
10   rights owners.    01:40
11            MR. LORIG:  I would like to ask the
12   reporter to mark as -- what are we up to?
13   26.  As 26, a document machine numbered
14   TM007535.  It's dated 11/15/2013.  It's
15   addressed by Stephen Mead to Matt Shearer    01:40
16   and Zeeshan Zaidi.
17            (Exhibit 26, TM00075353-354 marked
18   for identification, as of this date.)
19       Q.    And do you recognize Exhibit 26 as
20   a document you wrote?    01:41
21       A.    I recognize the document.
22       Q.    And this document, which is dated
23   11/15/2013, this is shortly after you joined
24   Ticketmaster; correct?
25       A.    11/15/2013?  That was TicketWeb.    01:42

Highly Confidential Attorneys' Eyes Only

Page 367

1              C E R T I F I C A T E

2    STATE OF NEW YORK       )

3                            : SS.

4    COUNTY OF NEW YORK      )

5

6

7          I, BONNIE PRUSZYNSKI, a Notary

8    Public with and for the State of New York,

9    do hereby certify:

10         That STEPHEN MEAD, the witness

11   whose deposition is hereinbefore set forth,

12   was duly sworn by me and that such deposition

13   is a true record of the testimony given by

14   the witness.

15         I further certify that I am not related

16   to any of the parties to this action by

17   blood or marriage, and that I am in no way

18   interested in the outcome of this matter.

19         IN WITNESS WHEREOF, I have hereunto

20   set my hand this 17th of January, 2017.

21

22                      _____

23                            Bonnie Pruszynski

24

25                    I N D E X