QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Frederick A. Lorig (Bar No. 057645)
  fredlorig@quinnemanuel.com
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Complete
Entertainment Resources LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| Complete Entertainment Resources LLC d/b/a Songkick,<br><br>           Plaintiff,<br><br>   v.<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>           Defendants. | CASE NO. 2:15-CV-09814 DSF (AGRx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable Dale S. Fischer |
| Ticketmaster LLC,<br><br>     Counter Claimant,<br><br>   v.<br><br>Complete Entertainment Resources LLC d/b/a Songkick,<br><br>     Counter Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Counter Defendant Complete Entertainment Resources LLC d/b/a Songkick, on the one hand, and Defendant Live Nation Entertainment, Inc. and Defendant and Counter Claimant Ticketmaster LLC, on the other hand, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE that the instant action, including any and all claims and counter-claims asserted by the parties, shall be dismissed in its entirety with prejudice pursuant to the settlement agreement consummated by the Parties at Court ordered mediation. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED.

Dated: January 18, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Frederick A. Lorig*
Frederick A. Lorig
*Attorneys for*
*Complete Entertainment Resources LLC*

Dated: January 18, 2018

LATHAM & WATKINS LLP

By: /s/ *Daniel M. Wall*
Daniel M. Wall
*Attorneys for*
*Live Nation Entertainment, Inc. and Ticketmaster LLC*

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest under penalty of perjury that I have obtained concurrence and authorization from Daniel M. Wall of Latham & Watkins LLP to affix his electronic signature to this filing.

Dated: January 18, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Frederick A. Lorig*
Frederick A. Lorig
*Attorneys for Complete Entertainment Resources LLC*